# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131802

JAMES JAIKINS, and
LINDA JAIKINS,
        Plaintiffs-Appellants,

v

                                  SC: 131802
                                  COA: 264695
ROSE TOWNSHIP,
        Defendant-Appellee,                           Oakland CC: 2001-033837-AS

and

SUSAN SLAUGHTER,
        Defendant.

_____/

       On order of the Court, the application for leave to appeal the May 4, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007                                            
                                                    Clerk

l0220